**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DWAYNE J. WINGO, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:07CV00572 ERW |
| ) | |
| ST. LOUIS COUNTY, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Pro Se Motion to Dismiss and Replace a Defendant [doc. #13]. Plaintiff's request will be granted.

**IT IS HEREBY ORDERED** that Defendant Tom Goforth shall be termed as a party to this action and upon receipt of Plaintiff's Third-Amended Complaint, Defendant James Kramer shall be added.

**IT IS FURTHER ORDERED** that Plaintiff shall file a Third-Amended Complaint reflecting the correctly named Defendants Kramer, Hunnius, Tate and Vogel no later than **July 20, 2007**.

**IT IS FURTHER ORDERED** that upon receipt of the Third-Amended Complaint, the Clerk shall issue process of cause process to issue as to Defendants Kramer, Hunnius, Tate and Vogel.[1]

**So Ordered this 10th Day of July , 2007.**


_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**

---

[1]Defendant Kramer is alleged to be an employee of St. Louis County Justice Center. Defendants Hunnius, Tate and Vogel are alleged to be police officers for St. Louis County.